## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:20-CV-01900-T-30AAS

Plaintiff:
**DAVID POSCHMANN**

vs.

Defendant:
**SHREE VARAHI MOTEL, INC.**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Received by 24 Hour Process LLC on the 18th day of August, 2020 at 4:06 pm to be served on **SHREE VARAHI MOTEL, INC. DIPAK PATEL, REGISTERED AGENT, 2073 S. McCall Road, ENGLEWOOD, FL 34224**.

I, Dexter Carrasco, do hereby affirm that on the **28th day of August, 2020 at 11:45 am**, I:

served a CORPORATION by serving the REGISTERED AGENT in accordance with F.S. 48.081(3)(a) by delivering a true copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT with the date and hour of service endorsed thereon by me, to: **DIPAK PATEL as Registered Agent** at the address of: **2073 S. McCall Road, Englewood, FL 342224** on behalf of SHREE VARAHI MOTEL, INC., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 40s, Sex: M, Race/Skin Color: Indian, Height: 5'6", Weight: 160, Hair: black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92-525 (2).

Dexter Carrasco
20th Judicial Circuit #205875

24 Hour Process LLC
6742 Forest Hill Blvd
Suite 300
West Palm Beach, FL 33413
(561) 705-2378

Our Job Serial Number: JEG-2020000756
Ref: SHREE VARAHI MOTEL, INC.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Date: 8-28-2020
Time: 11:45 pm
Initials: _____
ID #: _____

DAVID POSCHMANN, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:20-cv-01900-T-30AAS
SHREE VARAHI MOTEL, INC., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHREE VARAHI MOTEL, INC.
Dipak Patel, Registered Agent
2073 S McCall Road
Englewood, Florida 34224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Drew M. Levitt, Esq./Lee D. Sarkin, Esq.
4700 NW Boca Raton Blvd., #302
Boca Raton, Fl. 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF 

Date: **Aug 17, 2020**